IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN MEDICAL COLLEGES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GABRIEL ANYANWU, | : | CIVIL ACTION NO. |
| | : | 1:17-CV-3051-AT |
| Defendant. | : | |

## SCHEDULING ORDER

Upon review of the information contained in Plaintiff's Preliminary Report and Discovery Plan, ("PRDP", Doc. 26), and pro se Defendant's response thereto (Doc. 25), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in the Plaintiff's PRDP, except as modified herein:

| | |
|---|---|
| Fact Discovery Opens | June 4, 2018 |
| Rule 26 Initial Disclosures | June 4, 2018 |
| Close of Fact Discovery | October 3, 2018 |
| Initial Expert Disclosures | November 2, 2018 or 30 days after the close of fact discovery, whichever is later |
| Responsive Expert Disclosures | December 3, 2018 or 30 days after service of Initial Expert Disclosures, whichever is later |
| Rebuttal Expert Disclosures on Issues | December 21, 2018 or 20 days after service of Responsive Expert |

| other Claim Construction | Disclosures, whichever is later |
|---|---|
| Close of Expert Discovery | January 22, 2019 or 30 days after service of Rebuttal Expert Disclosures, whichever is later |
| Motions for Summary Judgment | February 11, 2019 or 20 days after Close of Expert Discovery, whichever is later |
| Pretrial Statement | February 21, 2019 or 30 days after Close of Expert Discovery or entry of Court's ruling on pending motions for summary judgment, whichever is later |

The parties' request for a scheduling conference is **GRANTED**. The Courtroom Deputy Clerk will contact the parties next week to schedule a date and time for the conference.

**IT IS SO ORDERED** this 13th day of June, 2018.


**Amy Totenberg**
**United States District Judge**